# United States District Court

FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James S. Jones/#56031-080
Plaintiff's name and ID Number

FCC-Beaumont Low/Beaumont, Texas
Place of Confinement

U.S. Department of Justice, et al.

v.

CASE NO. 07 0852
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

James S. Jones/P.O. Box 26020
Defendant's name and address

I, James S. Jones, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☒
   b. Rent payments, interest or dividends?              Yes☐ No☒
   c. Pensions, annuities or life insurance payments?    Yes☐ No☒
   d. Gifts or inheritances?                             Yes☐ No☒
   e. Family or friends?                                 Yes☒ No☐
   f. Any other sources?                                 Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   Estimated about $100.00 per month for last six months

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                    Yes☒           No☐
   If you answered YES, state the total value of the items owned.

   Approximately $8.00 in prison account

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property,

2

excluding ordinary household furnishings and clothing?

Yes ☐        No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the 11th day of April, 2007.

_____    56081-00
Signature of Plaintiff              ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Unable to attach statement thereto because officials will not provide one to me.

Revised 6.97

State of Texas      )
                    ) SS        Affidavit of James S. Jones
County of Jefferson)

I, __James S. Jones__ having been duly sworn according to law deposes and says:

1. I am one of the Plaintiffs in the instant complaint.

2. I have repeatedly tried to obtain my 6 month commissary account statement from Beaumont Low staff and have been unable to do so.

3. I have assisted numerous inmates in filing grievances at Beaumont Low and have personally observed a pattern of delay, failure to respond and intentional ignoring of said grievances by Beaumont Low staff.

I, James S. Jones having read the above statements hereby swear under penalty of perjury that they are true and correct to the best of my knowledge, 28 USC §1746.

Executed on this the __11__ day of April, 2007.

James S. Jones

07 0852
FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT