UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Stephen Jones, | § | |
| Plaintiff, | § | |
| | § | RECEIVED |
| v | § | JUN 0 8 2007 |
| | § | NANCY MAYER WHITTINGTON, CLERK |
| U.S. Department of Justice, | § | Civil Action No. 07-0852 |
| Defendant | § | U.S. DISTRICT COURT |

## MOTION TO COMPEL BUREAU OF PRISONS TO PROVIDE PLAINTIFF WITH A CERTIFIED SIX MONTH HISTORY OF COMMISSARY ACCOUNT

**COMES NOW** James Stephen Jones, plaintiff, proceed pro-se and interposing **Haines v Kerner**, 404 US 519(1972) hereby submits a motion to compel Bureau of Prisons to provide plaintiff with a certified copy of his six month history of his commissary account. In support thereof, plaintiff Jones submits the following, to wit:

1. Plaintiff prior to filing his instant complaint tried to obtain his commissary account statement to attach to his request for in forma pauperis.

2. Unit team staff told him to write the Business Office requesting said information.

3. Plaintiff Jones submitted two cop-outs requesting said information and did not receive any response.

4. Plaintiff Jones filed his instant complaint and request for in forma pauperis with an sworn affidavit attached to his informa pauperis motion stating he was unable to obtain necessary six month commissary account Statement.

5. On May 8,2007 this court oredered plaintiff to obtain a certified copy of his trust fund account for six mont period.

6. Plaintiff Jones again talked to Unit staff and was told only the Business office could issue a certified copy of commissary acount.

7. Plaintiff Jones approached the Warden and told him the problem and gave him a cop-out requesting aid in obtaining commissary account statement.

8. Plaintiff on May 15,2007, May 23,2007 and May 29,2007 mailed cop-outs to the Business office requesting a copy of his commissary statement.

9. Plaintiff as of this filing, has not received any response nor copy of his commissary account statement as ordered by the court.

10. Plaintiff Jones has waited until he has no other options to file this motion.

11. Plaintiff Jones will not be able to proceed with his complaint if the court does not intervene and require the BOP to provide a copy of plaintiff's last six month commissary account statement.

**WHEREFORE** premises considered herein, plaintiff Jones respectfully requests that this Honorable Court grant his motion and order the Bureau of Prisons to immediately provide him with a copy of his last six months commissary account statement, so that plaintiff can provide this court with said Documentation that this court has ordered him to do.

**Respectfully Submitted,**

Dated: June 4,2007

James Stephen Jones
Reg. #56081-080
P.O.Box 26020/FCC-Beaumont Low
Beaumont, Texas 77720-6020