UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES S. JONES            )
                          )
   Plaintiff              )
                          )     Civil Action No. 07-852 HHK
      v                   )
US DEPARTMENT OF JUSTICE  )

### REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on June 29th, 2007 from Unassigned (9098) to Judge Kennedy because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:  Judge Kennedy
& Courtroom Deputy