IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES STEPHEN JONES  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF JUSTICE  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07-0852 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

　/s/　John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class mail, postage prepaid to:

JAMES STEPHEN JONES
#56081-080
P.O. Box 26020
Beaumont, TX 77720

on this _____ day of July, 2007.

        /s/   John C. Truong
      JOHN C. TRUONG
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C.  20530
      (202) 307-0406