# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES STEPHEN JONES, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-0852 (HHK) |

## DEFENDANT'S MOTION FOR
## AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully seeks an extension from August 6, 2007, to September 6, 2007, to respond to Plaintiff's Complaint.[1] In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff seeks "production of agency records, consisting of criminal proceedings" against him. See Compl. at ¶ 1 (Dkt. No. 1). Plaintiff is currently incarcerated in Beaumont, Texas. Id.

There is good cause for the Court to grant this Motion. Plaintiff initially filed this FOIA complaint on May 8, 2007, but he did not perfect service of process until July 7, 2007. Currently, Defendant is investigating Plaintiff's allegations to determine the appropriate response to Plaintiff's FOIA request, which may substantially narrow the issue, if not moot it

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

entirely. Therefore, additional time is needed for Defendant to complete the evaluation process. Furthermore, additional time is also needed for the undersigned to prepare an appropriate response to Plaintiff's Complaint for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should extend the deadline from August 6, 2007, to September 6, 2007, for Defendant to respond Plaintiff's FOIA Complaint.

Dated: July 31, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES STEPHEN JONES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0852 (HHK) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including September 6, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 31, 2007, a copy of the foregoing <u>Defendant's Motion for An Extension of Time</u> has been served by First-Class mail, postage prepaid to:

JAMES STEPHEN JONES
#56081-080
P.O. Box 26020
Beaumont, TX 77720


    /s/   John C. Truong
JOHN C. TRUONG