UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
AUG 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James S. Jones, §
    Plaintiff, §
                     §
v                   § Civil Case No. 07-0852
                     §
U.S. Department of Justice, §
    Defendant §

## SECOND MOTION TO TAKE JUDICIAL NOTICE

    **COMES NOW** plaintiff James S. Jones, appearing pro-se and hereby file his second motion to take judicial notice, in order to clarify a possible misunderstanding in payment of filing fees. In support thereof, plaintiff Jones submits the following, to wit;

    1. On June 29,2007 this court ordered plaintiff Jones to pay a in-forma pauperis filing fee of $20.00.

    2. On July 7,2007 plaintiff filled out the requisite papers (form 24) to send money from his commissary trust fund to this court, and turn in the form to his counselor on or about July 8,2007.

    3. Plaintiff has previously been unable to obtain his commissary statement from BOP staff and become worried that his $20.00 would not be mailed. Plaintiff contacted a friend, Blake Odom, who promised that he would mail the $20.00 payment in case, the BOP, once again, did not aid plaintiff Jones in this complaint filing.

    4. Plaintiff has, therefore, enlisted the BOP to remove $20.00 from his prison account and asked his friend, Blake Odom, of Waco, Texas to send a check for $20.00 to cover the initial costs of filing this complaint.

    5. On July 24,2007 plaintiff because aware that $31.72 was

deducted from his account for "PIRA Fees" which plaintiff asserts that he did not authorize payment of and does not know if this PLRA Fee is for this court.

6. Plaintiff Jones has made good faith efforts in trying to pay this $20.00 filing fee.

**WHEREFORE** premises considered herein, plaintiff Jones respectfully requests that this Honorable Court once again take judicial notice of the herein stated judicially noticeable facts, and if for some reason, his $20.00 has not been yet paid by the deadline, that this court grant his additional time to pay the filing fee $20.00 through some other source should it be necessary.

Dated: July 31, 2007.

Respectfully Submitted,

_____
James Stephen Jones
Reg. #56081-080
P.O. Box 26020/FCC-Beaumont Low
Beaumont, Texas

## CERTIFICATE OF SERVICE

I, James S. Jones hereby declare under penalty of perjury that I mailed a true and correct copy of foregoing document to counsel of defendant addressed to:

U.S. ATTORNEY'S OFFICE
Att: John C. Truong, AUSA
555 Fourth St., N.W.
Washington, D.C. 20530

On this the 30th day of July, 2007.

_____
James S. Jones

2