IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES STEPHEN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0852 (HHK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully seeks an extension from September 6, 2007, to October 6, 2007, to respond to Plaintiff's Complaint.[1] In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff seeks "production of agency records, consisting of criminal proceedings" against him. See Compl. at ¶ 1 (Dkt. No. 1). Plaintiff is currently incarcerated in Beaumont, Texas. Id.

There is good cause for the Court to grant this Motion. As explained in Defendant's first motion for an extension of time, Defendant is investigating Plaintiff's allegations to determine the appropriate response to Plaintiff's FOIA request, which may substantially narrow the issues, if not moot the entire case. Defendant will need an additional 30 days to complete that process.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

In particular, a thorough evaluation of Plaintiff's FOIA allegations may require a coordination with one or more other federal agencies. The additional time is requested to permit this process to run its course.

For these reasons, the Court should extend the deadline from September 6, 2007, to October 6, 2007, for Defendant to respond Plaintiff's FOIA Complaint.


Dated: September 5, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES STEPHEN JONES** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-0852 (HHK) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including October 6, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 5, 2007, a copy of the foregoing Defendant's Motion for An Extension of Time has been served by First-Class mail, postage prepaid to:

JAMES STEPHEN JONES
#56081-080
P.O. Box 26020
Beaumont, TX 77720

    /s/ John C. Truong
JOHN C. TRUONG