IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES STEPHEN JONES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0852 (HHK) |

**DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully seeks an extension of time until after Plaintiff files his supplemental response, as instructed by the Court, to file its Reply.[1] In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff seeks "production of agency records, consisting of criminal proceedings" against him. See Compl. at ¶ 1 (Dkt. No. 1). Plaintiff is currently incarcerated in Beaumont, Texas. Id.

There is good cause for the Court to grant this Motion. On October 9, 2007, Defendant filed a motion to dismiss or, in the alternative, for summary judgment. See Dkt. No. 12. On October 25, 2007, Plaintiff submitted his Opposition. See Dkt. No. 14. Under Local Rule 7(d), Defendant's Reply is due on November 5, 2007. However, on October 31, 2007, the Court issued an order instructing Plaintiff to submit a supplemental response to Defendant's dispositive motion and gave Plaintiff until December 3, 2007, to file his supplement response. See Dkt. No. 15. Under these circumstances, it would advance judicial economy and conserve resources for

---

[1] Local Civil Rule 7(m) does not apply to this motion because Plaintiff is a prisoner proceeding *pro se*.

Defendant to file a Reply <u>after</u> Plaintiff files his supplemental response.  Local Rule 7(d) will govern the date for Defendant's Reply.

For these reasons, the Court should extend the deadline until after Plaintiff submits his supplemental response for Defendant to file its Reply.

Dated: November 5, 2007.  Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES STEPHEN JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0852 (HHK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall file its Reply after Plaintiff files his supplemental response; and it is

FURTHER ORDERED that Local Rule 7(d) shall govern the deadline for Defendant's Reply.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2007, a copy of the foregoing Defendant's Motion for An Extension of Time has been served by First-Class mail, postage prepaid to:

JAMES STEPHEN JONES
#56081-080
P.O. Box 26020
Beaumont, TX 77720


   /s/   John C. Truong
JOHN C. TRUONG